# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA J. ROMERO,<br><br>                       Plaintiff,<br>  v.<br><br>DEPUTY HODGE, et al.,<br><br>                       Defendants. | 3:23-cv-00623-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 52 |

      Before the court is Plaintiff's Motion for Summons and Service. (ECF No. 52.) Plaintiff states that the U.S. Marshal Service returned the summonses for Defendants Ituake, Elliott Wade, Nurse Eadee, Nurse Kaylee, Brenda Jones and Michael Buehler as unexecuted. Plaintiff requests the Clerk send him six (6) USM-285 forms so he can attempt to reserve the Defendants.

      **IT IS HEREBY ORDERED** that the Clerk shall issue summonses for Defendants Wade, Ituake, Nurse Eadee, Nurse Kaylee, Brenda Jones and Michael Buehler and deliver the same to the U.S. Marshal for service. The Clerk should further be directed to send sufficient copies of the Seventh Amended Complaint (ECF No. 32) and this order to the U.S. Marshal for service on the Defendants.

      **IT IS FURTHER ORDERED** that the Clerk shall send Plaintiff six (6) USM-285 forms. Plaintiff shall be given 30 days to furnish the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form.

      DATED:  April 17, 2025.



CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE