UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA ROMERO,<br><br>  Plaintiff<br><br>v.<br><br>DEPUTY HODGE, et al.,<br><br>  Defendants | Case No.: 3:23-cv-00623-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 57 |

On April 21, 2025, Plaintiff submitted a motion for status check and current docket sheet. (ECF No. 57.) The motion will be granted in part and denied in part as discussed below.

First, regarding the request for a status check, the Court will notify all parties as soon as any action is taken in this case. Due to the large number of civil actions pending before the Court, the Clerk of the Court and the Court itself are unable to respond in writing to individual inquiries regarding the status of any individual case. However, as long as the Court is apprised of Plaintiff's current address, Plaintiff will receive all Court decisions which may affect the status of this case. Thus, Plaintiff's request for a status check is denied.

Turning to the request for a current docket sheet, the Court directs the Clerk's office to send Plaintiff a one-time courtesy copy of the docket in this case.

**IT IS SO ORDERED**.

Dated: April 21, 2025

_____
Craig S. Denney
United States Magistrate Judge