# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAKOTA ROMERO,<br><br>                     Plaintiff,<br><br>   v.<br><br>DEPUTY HODGE, *et al.*,<br><br>                     Defendants. | 3:23-cv-00623-ART-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 60 |

Before the court is Plaintiff's Reply to Defendant Hodge's Answer. (ECF No. 60.)

Neither the Federal Rules of Civil Procedure nor the Local Rules of Practice permit the filing of a reply to an answer. *See* Fed. R. Civ. P. 7(a).

Therefore, Plaintiff's Reply to Defendant Hodge's Answer (ECF No. 60) is **STRICKEN**.

**IT IS SO ORDERED.**

DATED:  May 6, 2025.

_____
Craig S. Denney
United States Magistrate Judge