UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAKOTA J. ROMERO,

                        Plaintiff,

v.

DEPUTY HODGE, *et al.*,

                        Defendants.

Case No. 3:23-cv-00623-ART-CSD

ORDER ADOPTING REPORT AND RECOMMENDATION

     *Pro* se Plaintiff Dakota Romero filed a motion for leave to amend to file a proposed Eighth Amended Complaint. (ECF Nos. 76, 76-1.) Mr. Romero seeks to add parties, clarify acronyms and titles, add claims under supplemental jurisdiction, modify the calculation of damages, and excuse service for Defendant Wade. (*Id.*)

     Magistrate judges are empowered to issue reports and recommendations on dispositive issues, which district judges may "accept, reject, or modify, in whole or in part." 28 U.S.C. § 636(b)(1)(C). Where, as here, neither party objects to a magistrate judge's recommendation, the district court is not required to perform any review of that judge's conclusions. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).

     Judge Denney recommends denial of Mr. Romero's motion for leave to amend because (1) Washoe County was already dismissed from the action with prejudice; (2) Mr. Romero has stated insufficient facts for a claim for inadequate medical care against Deputy Shippley and Nurse Chris; and (3) he may seek to introduce instructions regarding the calculation of damages at trial. (ECF No. 86).

     The Court agrees with Judge Denney's reasoning and adopts his R&R in full.

     It is therefore ordered that Judge Denney's report and recommendation

1

1  (ECF No. 86) is adopted in full.
2  It is further ordered that Plaintiff's motion for leave to amend to file an
3  Eighth Amended Complaint (ECF No. 76) is DENIED.

5  Dated this 22nd day of August 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE