# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAKOTA J. ROMERO,

    Plaintiff

v.

JASON HODGE, et al.,

    Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF No. 114, 123

Plaintiff filed a motion to inform the court that he was not getting his e-filings. (ECF No. 114.) He also filed a motion to strike his notice of appeal. (ECF No. 123.)

**1. Motion to Strike (ECF No. 123)**

Plaintiff moves to strike his notice of appeal of ECF No. 110 because he did not intend to file an appeal with the Ninth Circuit. There is no reason to strike the notice of appeal because the appeal has been dismissed. Therefore, Plaintiff's motion to strike is denied as moot.

**2**. **Motion to Inform the Court (ECF No. 114)**

It is unclear what relief Plaintiff is seeking in ECF No. 114; however, he continues to file documents with the court that indicate he is receiving other filings in the docket. In an abundance of caution, the court will ECF No. 114 insofar as it will direct the Clerk to send Plaintiff ECF Nos. 109, 110, and 112.

///

///

///

///

**CONCLUSION**

Plaintiff's motion to strike (ECF No. 123) is **DENIED AS MOOT**.

ECF No. 114 is **GRANTED** insofar as the Clerk shall send Plaintiff copies of ECF Nos. 109, 110, and 112.

**IT IS SO ORDERED**.

Dated: December 11, 2025

_____
Craig S. Denney
United States Magistrate Judge