UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAKOTA J. ROMERO,

    Plaintiff

v.

JASON HODGE, et al.,

    Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF No. 107

With good cause appearing, Plaintiff's motion to exceed the page limits for his proposed eighth amended complaint accompanying his motion for leave to amend (ECF No. 107) is **GRANTED**.

**IT IS SO ORDERED**.

Dated: December 17, 2025

_____
Craig S. Denney
United States Magistrate Judge