UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAKOTA J. ROMERO,

    Plaintiff

v.

JASON HODGE, et al.,

    Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF No. 140

Plaintiff has filed a motion seeking reconsideration of the court's order denying his motions at ECF Nos. 117, 119, 120, 121, and 125. (ECF No. 140.)

Plaintiff states that he wants a private investigator appointed to assist him in serving Brenda Jones, who he has been unable to serve and to find the name of the sheriff's daughter he claims worked at Washoe County Detention Facility and St. Mary's Regional Medical Center.

On December 11, 2025, the court denied Plaintiff's motion seeking funds to hire a private investigator to find the legal name of the sheriff's daughter and to assist in locating Brenda Jones for service, as well as motions for the appointment of various expert witnesses. (ECF No. 137.)

The court explained to Plaintiff that the *in forma pauperis* statute does not authorize the expenditure of funds for an indigent Plaintiff to hire a private investigator.

Motions for reconsideration are disfavored. LR 59-1(b). A party seeking reconsideration of an interlocutory order (a non-case dispositive order) "must state with particularity the points of law or fact that the court has overlooked or misunderstood." LR 59-1(a). Reconsideration may be appropriate if: "(1) there is newly discovered evidence that was not available when the original motion or response was filed, (2) the court committed clear error or the initial decision

was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id.* "A movant must not repeat arguments already presented unless (and only to the extent) necessary to explain controlling, intervening law or to argue new facts." LR 59-1(b). "A movant who repeats arguments will be subject to appropriate sanctions." *Id*.

Plaintiff does not provide any newly discovered evidence. He has not demonstrated the court committed clear error in denying his prior motions. Nor has he presented a change in controlling law.

For these reasons, Plaintiff's motion for reconsideration (ECF No. 140) is denied.

**CONCLUSION**

ECF No. 140 is **DENIED**.

**IT IS SO ORDERED**.

Dated: December 17, 2025

_____
Craig S. Denney
United States Magistrate Judge

2