UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAKOTA J. ROMERO,

    Plaintiff

v.

JASON HODGE, et al.,

    Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF No. 148

    Plaintiff has filed a motion asking the court to order the Nevada Department of Corrections (NDOC) to let him have the medical records in his cell that were sent to him by Defendants and were confiscated by NDOC. (ECF No. 148.)

    NDOC Administrative Regulation (AR) 639 prohibits an inmate from possession any portion of the inmate's medical file on his person or in his cell. An inmate, however, may request to review his medical records under the supervision of medical staff. When an inmate has litigation involving a medical issue, he can request to review his medical records for litigation purposes, and efforts are to be made to allow this within 3-5 working days of the request. The inmate will be given one hour to review the records, and he can request additional time to review.[1]

///

///

///

---

[1] See AR 639 - Medical Records Final 7-27-21 (signed 7-27-21).pdf , last visited February 23, 2026.

1  The court will not involve itself in the administration of the prison at NDOC. Plaintiff is
2  required to follow NDOC's regulations to review medical records relevant to this litigation.
3  Therefore, Plaintiff's motion (ECF No. 148) is **DENIED**.

**IT IS SO ORDERED**.

Dated: February 23, 2026

_____
Craig S. Denney
United States Magistrate Judge