UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DAKOTA J. ROMERO,

Plaintiff,

v.

DEPUTY HODGE, et al.,

Defendants.

Case No. 3:23-CV-00623-ART-CSD

ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (ECF No. 142)

Plaintiff Dakota J. Romero brings this action under 42 U.S.C. § 1983, alleging inadequate medical care while he was a pretrial detainee at Washoe County Detention Center ("WCDC"). Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Denney, recommending that the Court grant Plaintiff's Motion for Leave to File an Eighth Amended Complaint, allow Plaintiff to proceed with his Fourteenth Amendment failure to protect and inadequate medical care claims, and dismiss with prejudice Defendant Brenda Jones. (ECF No. 142.) (*Id.*)

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Plaintiff objected to the order solely on the grounds that he believes Brenda Jones should not be dismissed as a defendant, that he is "not sure why I did not include Brenda Jones' claims," and that he would like to resubmit his complaint to include them. (ECF No. 146.)  Defendants did not respond to the objection.

In the R&R, Judge Denney states that Plaintiff "has been advised multiple

1

times that any allegations not carried forward from a prior complaint will not be included in a proposed amendment," and therefore recommends that Jones be dismissed with prejudice. (ECF No. 142.)  The Court agrees. This is Plaintiff's Eighth Amended Complaint, and he has been given ample opportunity to draft his claims.

It is therefore ordered that Judge Denney's R&R (ECF No. 142) is ADOPTED in full.

Dated: May 28, 2026

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE