**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAKOTA J. ROMERO,

    Plaintiff

v.

JASON HODGE, et al.,

    Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF No. 194

Plaintiff has filed a motion stating he was never sent the summonses needed to give to the U.S. Marshal for service on the Defendants, and for additional time for service. (ECF No. 194.)

On May 28, 2026, District Judge Traum issued an order adopting the undersigned's report and recommendation concerning Plaintiff's proposed Eighth Amended Complaint (ECF o. 186), and the Eighth Amended Complaint was filed that day (ECF No. 187).

It appears that the Clerk was inadvertently not directed to issue the summonses and copies of the Eighth Amended Complaint for service, as well as sending the USM-285 forms to the Plaintiff.

**CONCLUSION**

Plaintiff's motion (ECF No. 194) is **GRANTED** insofar as:

(1) The Clerk shall kindly **ISSUE** summonses for each of the defendants who have been identified and not yet served (Eloy Ituarte, Kayla Cryer, Haley Carlile, Isela Barrera, Kayla Hallerman, Edith Strong, Porsche Hill, Carly Spicer, Michael Tover, Caroline Cruz, Michael

Buehler, Kandice Fleming, and Linette Jessop), and **SEND** the same along with sufficient copies of the Eighth Amended Complaint to the U.S. Marshal for service.

(2) The Clerk shall kindly **SEND** Plaintiff USM-285 forms for each defendant who has been identified but not yet served. Plaintiff has **21 days** to furnish to the U.S. Marshal the forms with the relevant information as to each defendant on each form at 400 S. Virginia St., 2nd Floor, Reno, Nevada 89501.

(3) Plaintiff has **60 days** from the date of this Order to complete service as to the remaining defendants.

**IT IS SO ORDERED**.

Dated: July 6, 2026

_____
Craig S. Denney
United States Magistrate Judge

2