**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAKOTA J. ROMERO,<br><br>    Plaintiff<br><br>v.<br><br>JASON HODGE, et al.,<br><br>    Defendants | Case No.: 3:23-cv-00623-ART-CSD<br><br>**Order**<br><br>Re: ECF No. 173 |

Plaintiff has filed a motion requesting the court issue a subpoena to Attorney General Aaron Ford for his phone calls from his time in prison which he plans to play for the jury. (ECF No. 173.)

The court previously denied a similar motion where Plaintiff asked for a subpoena for various information from the Attorney General, including recordings of his phone calls. (ECF No. 159.) The court explained that this action is proceeding with a failure to protect claim against Jason Hodge and inadequate medical care claims against various other defendants. There are no claims against any defendant employed by the Nevada Department of Corrections or a defendant who might be represented by the Attorney General. That rationale applies equally to this motion. Moreover, Plaintiff does not explain why his phone calls at the prison are relevant to any claim proceeding in this action. Therefore, Plaintiff's motion (ECF No. 173) is **DENIED**.

**IT IS SO ORDERED**.

Dated: July 7, 2026

_____
Craig S. Denney
United States Magistrate Judge