**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAKOTA J. ROMERO,

    Plaintiff

v.

JASON HODGE, et al.,

    Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF Nos. 175, 177

Plaintiff has filed two motions to compel. (ECF Nos. 175, 177.) In the first motion, Plaintiff states that he tried to send a letters to Chad Couchot asking for pharmacy delivery records to the Washoe County Detention Facility for Plaintiff's medications from January 2022 to December 2022. (ECF No. 175.) In the second motion, Plaintiff states that he asked Chad Couchot to provide him with the complaint, transcripts, and Elliot Wade's email to show that Elliot Wade's judgment is flawed and to prove his claims. (ECF No. 177.)

Defendant Wade filed a response to both motions asserting that the motions were filed after the February 23, 2026, deadline to file discovery motions, and the information Plaintiff seeks to compel was never the subject of a formal discovery request. (ECF No. 178, 180.) Plaintiff filed replies. (ECF Nos. 181, 182.)

Plaintiffs motions are deficient in several respects. First, Wade is correct that Plaintiff filed the motions outside of the February 23, 2026, deadline the court set for filing discovery motions. Second, a discovery motion must be concerning a formal discovery request made by a party. According to defendant Wade, Plaintiff never served a formal discovery request for this information. Finally, Plaintiff's motions do not comply with the Federal Rules of Civil Procedure

and Local Rules with respect to discovery motions. The rules require a party filing a discovery motion to meet and confer in a good faith effort to resolve the dispute before filing a discovery motion, and include a declaration certifying the meet and confer efforts that were made. Fed. R. Civ. P. 37(a)(1); LR IA 1-3(f) and LR 26-6(c). A discovery motion must also set forth in full the text of the discovery originally sought. LR 26-6 (b).

For these reasons, Plaintiff's motions (ECF Nos. 175 and 177) are **DENIED**.

**IT IS SO ORDERED**.

Dated: July 7, 2026

_____
Craig S. Denney
United States Magistrate Judge

2