# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAKOTA J. ROMERO,

    Plaintiff

v.

JASON HODGE, et al.,

    Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF No. 179

Plaintiff has filed a motion asking the court why defendant Jason Hodge is being represented by the District Attorney's Office for free when he is being sued only in his official capacity for damages, while Plaintiff has to find for and pay his own counsel. (ECF No. 179.)

To the extent Plaintiff has styled this question as a motion, the motion (ECF No. 179) is **DENIED**. Defendant Hodge is being represented by the Washoe County District Attorney's Office, presumably by virtue of his employment by the county. The court cannot give Plaintiff legal advice concerning particulars of the representation of another party.

**IT IS SO ORDERED**.

Dated: July 7, 2026

_____
Craig S. Denney
United States Magistrate Judge