# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAKOTA J. ROMERO,

    Plaintiff

v.

JASON HODGE, et al.,

    Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF No. 185

On May 18, 2026, Plaintiff filed a motion requesting a three-month extension of all unexpired scheduling order deadlines because he was waiting for a ruling regarding his Eighth Amended Complaint by District Judge Traum and needed the addresses for all of the newly added defendants for service. (ECF No. 185.)

The very next day, the court granted defendant Hodge's motion to extend the dispositive motion and joint pretrial order deadlines by 92 days because the report and recommendation regarding Plaintiff's proposed Eighth Amended complaint was still pending before District Judge Traum. (ECF No. 184.) The current deadline to file dispositive motions is September 8, 2026, and the joint pretrial order deadline is October 8, 2026, or 30 days after an order on a dispositive motion. (*Id*.)

On May 28, 2026, District Judge Traum entered an order adopting the report and recommendation concerning the Eighth Amended Complaint. (ECF No. 186.)

Plaintiff's motion sought an extension of only "unexpired" deadlines, which included only the dispositive motions and joint pretrial order deadlines as the discovery deadline had already expired with respect to the defendants who have been served and appeared (Hodge and

Wade). As such, to the extent Plaintiff seeks a 90-day extension of the dispositive motion and pretrial order deadlines, his request (ECF No. 185) is **DENIED AS MOOT** as the court has already extended those deadlines by 90 days.

The court will set a case management conference to discuss reopening discovery as to the defendants added by way of the Eighth Amended Complaint.

**IT IS SO ORDERED**.

Dated: July 7, 2026

_____
Craig S. Denney
United States Magistrate Judge

2