**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAKOTA J. ROMERO,

    Plaintiff

v.

JASON HODGE, et al.,

    Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF Nos. 188, 195, 196

Plaintiff filed a motion asking for a court ruling on evidence he will present that he tried to exhaust administrative remedies in the jail. (ECF No. 188.) Defendant Hodge filed a response (ECF No. 191), which defendant Wade joined (ECF No. 192). Plaintiff moved to strike the response. (ECF No. 195.) He also filed a motion for an extension of time to file a reply brief pending a ruling on his motion to strike. (ECF No. 196.)

Plaintiff's motion (ECF No. 188) is **DENIED** for several reasons. First, exhaustion is an affirmative defense that must be pled and proved by a defendant. Second, raising this argument is premature as the court has only just issued summonses for the remaining defendants added by way of the Eighth Amended Complaint, and these defendants have not yet been served or appeared in this action and therefore, will not have an opportunity to respond to Plaintiff's arguments.

///

///

///

///

As such, Plaintiff's motion to strike (ECF No. 195) and motion for an extension of time to file a reply (ECF No. 196) are **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: July 7, 2026

_____
Craig S. Denney
United States Magistrate Judge