**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAKOTA J. ROMERO,

Plaintiff

v.

JASON HODGE, et al.,

Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF No. 228

Plaintiff has filed a motion to compel (ECF No. 228); however, Plaintiff fails to comply with the requirement in the Federal Rules of Civil Procedure, Local Rules and the Scheduling Order in this case to include a declaration certifying efforts were made to meet and confer to attempt to resolve the dispute informally before filing a discovery motion.

Therefore, Plaintiff's motion to compel (ECF No. 228) is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: August 11, 2026

Craig S. Denney
United States Magistrate Judge