**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAKOTA J. ROMERO,

Plaintiff

v.

JASON HODGE, et al.,

Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF Nos. 240, 241

Plaintiff has filed a motion for an additional 90 days to complete service of the remaining defendants (ECF No. 240), and a motion for the issuance of summonses for the remaining defendants (ECF No. 241).

District Judge Traum adopted the report and recommendation concerning the eighth amended complaint and it was filed on May 28, 2026. (ECF Nos. 186, 187.) It allowed claims to proceed with a Fourteenth Amendment failure to protect claim against Jason Hodge, as well as Fourteenth Amendment inadequate medical care claims against: Elliott Wade, Eloy Ituarte, Naphcare Provider Doe 3, WCSO/SMRMC Nurse Doe, WCDF/Naphcare Nurses Kayla Cryer, Haley Carlile, Isela Barrera, Kayla Hallerman, Edith Strong, Porsche Hill, Carly Spicer, Michael Tover, Caroline Cruz, Michael Bueheler, Kandice Fleming, and Linette Jessop, and SMRMC Provider Does 1 and 2. Wade and Hodge have appeared and answered.

On July 6, 2026, the court issued summonses for the remaining defendants who have been identified but not served, and gave Plaintiff until September 4, 2026, to complete service as to these defendants. (ECF No. 200.) The summonses were all returned unexecuted. (ECF Nos. 212-224.)

Plaintiff then sought and was granted an extension of time to complete service. The court again issued summonses for the remaining identified but unserved defendants. Service is currently due to be completed by September 19, 2026. (ECF No. 226.) The summonses were returned unexecuted as to Barrera, Bueheler, Carlile, Cruz, Cryer, Fleming, Hallerman, Hill, Ituarte, Jessop, Spicer, Strong, and Tover. (ECF No. 237.)

Plaintiff now seeks an additional 90 days to complete service as to the remaining defendants.

**CONCLUSION**

Plaintiff's motions (ECF Nos. 240 and 241) are **GRANTED** insofar as Plaintiff will be given an additional **45 days**, **until November 3, 2026**, to complete service as to the remaining defendants. If the remaining identified defendants are not served by this date, they will be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

The Clerk shall kindly **ISSUE** additional summonses for the following unserved defendants: Eloy Ituarte, Kayla Cryer, Haley Carlile, Isela Barrera, Kayla Hallerman, Edith Strong, Porsche Hill, Carly Spicer, Michael Tover, Caroline Cruz, Michael Bueheler, Kandice Fleming, and Linette Jessop.

The Clerk shall also kindly **SEND** Plaintiff USM-285 forms for each unserved defendant. Plaintiff shall furnish the U.S. Marshal with completed USM-285 forms for each defendant as soon as possible, at 400 S. Virginia St., 2nd Floor, Reno, NV 89501.

**IT IS SO ORDERED**.

Dated: September 16, 2026

Craig S. Denney
United States Magistrate Judge