**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAKOTA J. ROMERO,

Plaintiff

v.

JASON HODGE, et al.,

Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF No. 250

Defendant Jason Hodge has filed a motion to extend the dispositive motions deadline. (ECF No. 250.)

Hodge has filed a motion for summary judgment arguing that Plaintiff failed to exhaust administrative remedies. Hodge seeks an extension of the dispositive motions deadline for Hodge to file a motion for summary judgment on the merits if the motion for summary judgment based on exhaustion is denied.

Hodge's motion (ECF No. 250) is **GRANTED** only insofar as defendant Hodge may file a motion for summary judgment on the merits in the event his motion for summary judgment based on exhaustion is denied. That motion, if necessary, must be filed within 30 days after any order adopting a report and recommendation to deny Hodge's motion for summary judgment based on exhaustion. The dispositive motions deadline remains October 15, 2026, for all other parties. **IT IS SO ORDERED**.

Dated: September 24, 2026

Craig S. Denney
United States Magistrate Judge