BRANDON PRICE
Deputy District Attorney
Nevada State Bar Number 11686
One South Sierra Street
Reno, NV 89501
brprice@da.washoecounty.gov
(775) 337-5700

ATTORNEY FOR DEFENDANT
DEPUTY JASON HODGE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

DAKOTA J. ROMERO,

Plaintiff,

vs.

DEPUTY HODGE, et al,

Defendants.

______________________________________/

Case No. 3:23-CV-00623-ART-CSD

**ORDER ON MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT HODGE (FIRST REQUEST)**

Defendant Jason Hodge ("Deputy Hodge"), by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule IA 6-1, files this motion requesting a 20-day extension of time, to file an opposition to Plaintiff's Motion for Summary Judgment Against Defendant Hodge (ECF No. 263).

**MEMORANDUM OF POINTS AND AUTHORITIES**

This is a *pro se* inmate case where Plaintiff Dakota Romero ("Plaintiff") asserts claims for inadequate medical care / failure to protect that arose out of Plaintiff's incarceration as a pre-trial detainee in the Washoe County Detention Facility. Plaintiff filed a motion for summary judgment against Deputy Hodge on October 15, 2026. *See* ECF No. 263. The current deadline for Deputy Hodge to respond to Plaintiff's motion is November 5, 2026.

/ / /

Pursuant to FRCP 6(b)(1)(A), when an act must be done within a specified time, the court may, for good cause, extend the time with or without motion if a request is made before the original time or its extension expires. Under LR IA 6-1(a), a motion to extend time must state the reasons for the extension and must inform the court of all previous extensions of the subject deadline the court granted.

Deputy Hodge is requesting a 20-day extension of time, up to and including November 25, 2026, to file his opposition to Plaintiff's motion for summary judgment. This request is based on good cause and not for purpose of delay. Undersigned counsel is requesting the extension to accommodate counsel's pre-existing professional obligations in other legal matters including deadlines and other scheduling conflicts, and because counsel is undergoing a medical procedure. This is Deputy Hodge's first request for an extension of time to file an opposition to Plaintiff's Motion for Summary Judgment.

DATED this 26th day of October, 2026.

By /s/ *Brandon Price*

BRANDON PRICE
Deputy District Attorney
One South Sierra Street
Reno, NV 89501
brprice@da.washoecounty.gov
(775) 337-5700

ATTORNEYS FOR DEFENDANT
DEPUTY JASON HODGE

IT IS SO ORDERED.

Craig S. Denney
United States Magistrate Judge

DATED: October 27, 2026