**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAKOTA J. ROMERO,

Plaintiff

v.

JASON HODGE, et al.,

Defendants

Case No.: 3:23-cv-00623-ART-CSD

**Order**

Re: ECF No. 271

Plaintiff has filed a motion to inform the court that he has several pending motions that need to be ruled on, including a motion asking for the issuance of a Rule 45 subpoena to assist in serving the unserved defendants, and a motion for an extension of time to serve those defendants. (ECF No. 271.)

Plaintiff's motion (ECF No. 271) is **DENIED** as the court has issued an order granting the motion for issuance of the subpoena and extending the deadline for service of the unserved defendants to January 1, 2027. (ECF No. 268.)

**IT IS SO ORDERED**.

Dated: November 3, 2026

Craig S. Denney
United States Magistrate Judge